# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAVAD AGHALOO (1);<br>THERESA FLORES (2),<br><br>　　　　　　　　　Defendants. | Case No.: 23-cr-0616-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

On September 27, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for September 29, 2023 to November 3, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 26] and sets the Motion Hearing/Trial Setting on November 3, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

1  Further, on April 28, 2023, Defendants filed a pretrial motion that remains pending.
2  Accordingly, the Court finds that time from April 28, 2023 to November 3, 2023 shall be
3  excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18
4  U.S.C. § 3161(h)(1)(D). This time is excluded as to both Defendants. *United States v.*
5  *Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from
6  the Speedy Trial clock for one defendant applies to all codefendants.").

7  The parties are instructed to appear in person at the hearing on November 3, 2023,
8  and to be prepared to discuss the progress of discovery and the setting of a trial date.

9  IT IS SO ORDERED.
10  Dated: 9/27/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE